# United States District Court
## Northern District of Illinois
### Eastern Division

Holliman                                                   **JUDGMENT IN A CIVIL CASE**

           v.                                                         Case Number: 00 C 4080

Governors State University

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion for summary judgment and defendant's motion to strike are granted. Judgment is granted to defendant on all counts.

                                                              Michael W. Dobbins, Clerk of Court

Date: 9/28/2005                              /s/ Terry Perdue, Deputy Clerk